UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANA ZELAYA FAJARDO, ON BEHALF OF HERSELF AND THOSE SIMILARLY SITUATED,

    Plaintiffs,

vs.

TFS FACILITY SERVICES GEORGIA, LLC, A GEORGIA LIMITED LIABILITY COMPANY,

    Defendant.
_____/

CASE NO.:

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, ANA ZELAYA FAJARDO, on behalf of herself and those similarly situated, sues the Defendant, TFS FACILITY SERVICES GEORGIA, LLC, a Georgia Limited Liability Company, and alleges:

1. Plaintiff and Opt-in Plaintiffs were employees of Defendant and brings this action for unpaid overtime compensation, declaratory relief, and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA").

2. Plaintiff and Opt-in Plaintiffs were hourly paid employees working

1

as lobby attendants and housekeepers for Defendants in Atlanta, Georgia, among other locations.

3. Plaintiff worked for Defendant from approximately 2007 to August 2013.

4. Defendant, TFS FACILITY SERVICES GEORGIA, LLC, is a Georgia Limited Liability Company that operates and conducts business in, among other location, Atlanta, Georgia and is therefore, within the jurisdiction of this Court.

5. This action is brought under the FLSA to recover from Defendant overtime compensation, liquidated damages, and reasonable attorneys' fees and costs.  This action is intended to include each and every hourly paid employee who worked for Defendant in a similar position at any time within the past three (3) years within the State of Georgia.

6. This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1331 and the FLSA and the authority to grant declaratory relief under the FLSA pursuant to 28 U.S.C. §2201 et seq.

7. During Plaintiff's employment with Defendant, Defendant earned more than $500,000.00 per year in gross sales.

8. During Plaintiff's employment with Defendant, Defendant employed two or more employees which handled goods, materials and supplies which had

travelled in interstate commerce.

9. Included in such goods, materials and supplies were cleaning supplies, uniforms and other items which had been transported into Georgia from outside the state.

10. Therefore, Defendant is an enterprise covered by the FLSA, and as defined by 29 U.S.C. §203(r) and 203(s).

### FLSA Violations

11. At all times relevant to this action, Defendant failed to comply with the FLSA by failing to pay Plaintiff and those similarly situated employees complete overtime compensation for overtime hours worked.

12. During their employment with Defendant, Plaintiff and those similarly situated employees were paid by the hour and were only paid their regularly hourly rate for overtime hours worked. Attached as Exhibit A is one example of Plaintiff's paycheck which shows Plaintiff working 135.50 total hours in a pay period, but only paid her regular rate of pay and no overtime compensation.

13. Defendant should have paid Plaintiff and other similarly situated employees time and one-half of their hourly rates for overtime hours worked but failed to do so.

14. The additional persons who may become plaintiffs in this action are

employees who held positions similarly situated to Plaintiff and who worked overtime hours but who did not receive overtime pay at one and one-half times their regular rate for their hours worked in excess of forty (40) hours.

15. Upon information and belief, the records, to the extent any exist and are accurate, concerning the number of hours worked and amounts paid to Plaintiff and other similarly situated employees are in the possession and custody of Defendant.

## COUNT I - RECOVERY OF OVERTIME COMPENSATION

16. Plaintiff reincorporates and readopts all allegations contained within Paragraphs 1-15 above.

17. Plaintiff and those similarly situated employees are/were entitled to be paid time and one-half their regular rate of pay for each hour worked in excess of forty (40) per work week.

18. During their employment with Defendant, Plaintiff and those similarly situated employees worked overtime hours but were not paid time and one-half compensation for same. *See* Exhibit A.

19. Defendant only paid Plaintiff and those similarly situated employees straight time pay for overtime hours worked in violation of the FLSA.

20. Defendant did not have a good faith basis for its decision to not pay complete overtime compensation to Plaintiff and those similarly situated

4

employees.

21. As a result of Defendant's intentional, willful and unlawful acts in refusing to pay Plaintiff and those similarly situated employees complete overtime compensation, Plaintiff and those similarly situated employees have suffered damages plus incurring reasonable attorneys' fees and costs.

22. As a result of Defendant's willful violation of the FLSA, Plaintiff and those similarly situated employees are entitled to liquidated damages.

23. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, ANA ZELAYA FAJARDO, on behalf of herself and those similarly situated, demand judgment against Defendant for unpaid overtime compensation, liquidated damages, reasonable attorneys' fees and costs incurred in this action, declaratory relief, and any and all further relief that this Court determines to be just and appropriate.

Dated this 15th day of November, 2013.

**/s/ C. Ryan Morgan**
C. Ryan Morgan, Esq.
Georgia Bar No. 711884
Morgan & Morgan, P.A.
20 N. Orange Ave., 14th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:  (407) 420-1414
Facsimile:  (407) 245-3401
Email:       RMorgan@forthepeople.com
*Attorneys for Plaintiff*